

FILE COPY

RE: Case No. 14-0524                   DATE: 3/30/2015
    COA #: 12-13-00075-CV      TC#: 08CV30196
STYLE: KEY ENERGY SERVICES, LLC
    v. SHELBY COUNTY APPRAISAL DISTRICT

Today the Supreme Court of Texas granted the motion for extension of time to file motion for rehearing in the above-referenced case. The motion for rehearing is due to be filed in this office on or before **March                30,            2015.**

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702